UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GINA GAIL GARCIA, )<br>)<br>Defendant. )<br>) | 2:98-CR-128-HDM-RJJ<br><br>ORDER |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for November 7, 2012, at 8:30 a.m. be granted.

DATED this 5th day of November, 2012.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney


/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney